ANTHONY F. CALTABELLOTTA, Respondent, v. WILLIAM VOLK and Others, Appellants.— In an action for conversion, order denying defendants' motion to change the venue from Richmond county to New York county affirmed, with ten

dollars costs and disbursements. No opinion. Lazansky, P. J., Scudder, Tompkins, Davis and Johnston, JJ., concur.